PROB 12C
(6/16)

Report Date: June 20, 2025

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 23, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Victor Anthony Schwartz     Case Number: 0980 2:23CR00119-TOR-1

Address of Offender: ███████████████████████, Spokane Valley, Washington  99216

Name of Sentencing Judicial Officer: The Honorable Dana Christensen, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: April 17, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A) | | |
| Original Sentence: | Prison - 120 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(August 8, 2024) | Prison - 3 months<br>TSR - 36 months | | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: | October 16, 2024 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: | October 15, 2027 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 04/03/2025, 05/27/2025, and 06/05/2025.

On October 18, 2024, a U.S. probation officer reviewed a copy of the conditions of supervision with Mr. Schwartz as outlined in the judgment and sentence. Mr. Schwartz acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence**: Mr. Schwartz allegedly violated the terms of his supervised release by consuming methamphetamine on or about June 3, 2025.<br><br>On June 4, 2025, Mr. Schwartz provided a urine sample that tested presumptive positive for methamphetamine, MDMA and fentanyl. Mr. Schwartz signed an admission of use form, confirming his use of methamphetamine on or about June 3, 2025, but denied the use of MDMA and fentanyl. |

Prob12C
**Re: Schwartz, Victor Anthony**
**June 20, 2025**
**Page 2**

|  |  |
|---|---|
|  | On June 12, 2025, Alere Laboratory confirmed Mr. Schwartz' urine sample tested positive for methamphetamine and fentanyl. |
| 7 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
|  | **Supporting Evidence**: Mr. Schwartz allegedly violated the terms of his supervised release by consuming methamphetamine on or about June 8, 2025. |
|  | On June 10, 2025, Mr. Schwartz provided a urine sample that tested presumptive positive for methamphetamine. Mr. Schwartz signed an admission of use form, confirming his use of methamphetamine on or about June 8, 2025. |
|  | On June 19, 2025, Alere Laboratory confirmed Mr. Schwartz' urine sample tested positive for methamphetamine. |
| 8 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
|  | **Supporting Evidence**: Mr. Schwartz allegedly violated the terms of his supervised release by consuming methamphetamine on or about June 16, 2025. |
|  | On June 16, 2025, Mr. Schwartz provided a urine sample that tested presumptive positive for methamphetamine. Mr. Schwartz signed an admission of use form, confirming his use of methamphetamine on or about June 16, 2025. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 20, 2025

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

Prob12C
**Re: Schwartz, Victor Anthony**
**June 20, 2025**
Page 3

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case, currently set for August 27, 2025.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Thomas O. Rice
United States District Judge

_____
June 23, 2025
Date