PROB 12C
(6/16)

Report Date: August 25, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2025

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Victor Anthony Schwartz     Case Number: 0980 2:23CR00119-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane Valley, Washington 99216

Name of Sentencing Judicial Officer: The Honorable Dana Christensen, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: April 17, 2014

| | | |
|---|---|---|
| Original Offense: | Possession With Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A) | |
| Original Sentence: | Prison - 120 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(August 8, 2024) | Prison - 3 months<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: October 16, 2024 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: October 15, 2027 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 04/03/2025, 05/27/2025, 06/05/2025 and 06/20/2025.

On October 18, 2024, a U.S. probation officer reviewed a copy of the conditions of supervision with Mr. Schwartz as outlined in the judgment and sentence. Mr. Schwartz acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Schwartz allegedly violated the terms of his supervised release by failing to provide a random urinalysis test as directed on August 7, 2025.<br><br>On October 18, 2024, Mr. Schwartz was advised he would be placed on the phase urinalysis testing program at Pioneer Human Services (PHS). Mr. Schwartz was further advised he |

Prob12C
**Re: Schwartz, Victor Anthony**
**August 25, 2025**
**Page 2**

would be on the urinalysis testing color brown 2. He was directed to call the testing line daily, and was to report to PHS on the days brown 2 was called, in order to submit to urinalysis testing. Mr. Schwartz acknowledged an understanding of this process.

On August 7, 2025, Mr. Schwartz failed to provide a random urinalysis test as directed with PHS, resulting in a "stalled" test.

10   **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Schwartz allegedly violated the terms of his supervised release by failing to provide a random urinalysis test as directed on August 14, 2025.

On October 18, 2024, Mr. Schwartz was advised he would be placed on the phase urinalysis testing program at Pioneer Human Services (PHS). Mr. Schwartz was further advised he would be on the urinalysis testing color brown 2. He was directed to call the testing line daily, and was to report to PHS on the days brown 2 was called, in order to submit to urinalysis testing. Mr. Schwartz acknowledged an understanding of this process.

On August 14, 2025, Mr. Schwartz failed to provide a random urinalysis test as directed with PHS, resulting in a "stalled" test.

11   **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

**Supporting Evidence**: Mr. Schwartz allegedly violated the terms of his supervised release by consuming methamphetamine on or about August 15, 2025.

On August 15, 2025, Mr. Schwartz provided a urine sample that tested presumptive positive for fentanyl Mr. Schwartz signed a denial of use form and the sample was submitted to Alere Laboratory for further testing.

On August 22, 2025, Alere Laboratory confirmed Mr. Schwartz' urine sample returned positive for fentanyl.

12   **Standard Condition #4**: You must be truthful when responding to the questions asked by your probation officer.

**Supporting Evidence**: Mr. Schwartz allegedly violated the above-stated condition of supervision by being dishonest with the undersigned officer on August 15, 2025.

On August 15, 2025, Mr. Schwartz was questioned about the use of controlled substances following the presumptive positive test results with his urine sample. Mr. Schwartz advised the undersigned officer he has remained abstinent from controlled substances, signing a denial of use form.

        On August 22, 2025, the undersigned officer received confirmation from Alere Laboratory that Mr. Schwartz' urine sample returned positive for a controlled substance, specifically fentanyl.

13     **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: Mr. Schwartz allegedly violated the terms of his supervised release by failing to provide a random urinalysis test as directed on August 20, 2025.

    On October 18, 2024, Mr. Schwartz was advised he would be placed on the phase urinalysis testing program at Pioneer Human Services (PHS). Mr. Schwartz was further advised he would be on the urinalysis testing color brown 2. He was directed to call the testing line daily, and was to report to PHS on the days brown 2 was called, in order to submit to urinalysis testing. Mr. Schwartz acknowledged an understanding of this process.

    On August 20, 2025, without being excused and/or contacting the undersigned in any manner, Mr. Schwartz failed to report to PHS to submit to urinalysis testing, as his previously assigned color, brown 2, was scheduled to test on that date.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/25/2025

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

Prob12C
**Re: Schwartz, Victor Anthony**
**August 25, 2025**
**Page 4**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

August 27, 2025
Date